FILED
CLERK, U.S. DISTRICT COURT

February 17, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: VM DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>RONALD CAREY SHIRLEY,<br>Defendant. | Case No. 15-227M<br>ORDER OF DETENTION |

## I.

The Court conducted a detention hearing:

☒ On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving any felony that is not otherwise a crime of violence that involves a minor victim, or possession or use of a firearm or destructive device or any other dangerous weapon, or a failure to register under 18 U.S.C. § 2250.

☐ On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving

The Court concludes that the Government is entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure

1  the defendant's appearance as required and the safety or any person or the
2  community [18 U.S.C. § 3142(e)(2)].

## II.

4  The Court finds that no condition or combination of conditions will
5  reasonably assure: ☒ the appearance of the defendant as required.
6  ☒ the safety of any person or the community.
7  If presumption applies, the Court finds that the defendant has rebutted the §
8  3142(e)(2) presumption by sufficient evidence to the contrary.

## III.

10  The Court has considered: (a) the nature and circumstances of the offense(s)
11  charged, including whether the offense is a crime of violence, a Federal crime of
12  terrorism, or involves a minor victim or a controlled substance, firearm, explosive,
13  or destructive device; (b) the weight of evidence against the defendant; (c) the
14  history and characteristics of the defendant; and (d) the nature and seriousness of
15  the danger to any person or the community. [18 U.S.C. § 3142(g)] The Court also
16  considered all the evidence adduced at the hearing and the arguments, the

1  arguments of counsel, and the report and recommendation of the U.S. retrial
2  Services Agency.

### IV.

The Court bases its conclusions on the following:

As to risk of non-appearance:

- ☒ Lack of adequate bail resources
- ☐ Refusal to interview with Pretrial Services
- ☐ No stable residence or employment
- ☐ Previous failure to appear or violations of probation, parole, or release
- ☒ Ties to foreign countries (past travel, financial ability to travel overseas)
- ☐ Unrebutted presumption [18 U.S.C. § 3142(e)(2)]
- ☒ Active pilot's license and part-ownership of airplane; financial means to travel; arrested on way out of United States.

As to danger to the community:

- ☐ Nature of previous criminal convictions
- ☒ Allegations in present charging document
- ☐ Substance abuse
- ☐ Already in custody on state or federal offense
- ☐ Unrebutted presumption [18 U.S.C. § 3142(e)(2)]
- ☒ Evidence of past and future contact with minor victims; use of cash and social media to facilitate offense.

V.

☐ The Court finds a serious risk that the defendant will

    ☐ obstruct or attempt to obstruct justice.

    ☐ threaten, injure or intimidate a prospective witness or juror, or attempt to do so.

The Court bases its conclusions on the following:

VI.

IT IS THEREFORE ORDERED that the defendant be detained until trial. The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. [18 U.S.C. § 3142(i)]

Dated: February 17, 2015

HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE